UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| CHARLES LATWAIN FINNEY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No.: 1:16-CV-27-TAV-SKL |
| CHRISTOPHER HOWARD, Warden, et al., | ) |
| Defendants. | ) |

# ORDER

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and Plaintiff's failure to comply with the orders of this Court. Fed. R. Civ. P. 41(b). The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT